IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| **JAKALE ERRION CHANDLER,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| V. | : | NO. 3:23-cv-00035-CDL-CHW |
| | : | |
| **STRAUDER,** *et al.*, | : | |
| | : | |
| **Defendants.** | : | |
| _____ | : | |

## ORDER OF DISMISSAL

Plaintiff Jakale Errion Chandler, a detainee in the Clarke County Jail in Athens, Georgia, filed a complaint under 42 U.S.C. § 1983, Compl., ECF No. 1, and a motion for leave to proceed *in forma pauperis*. Mot. for Leave to Proceed *In Forma Pauperis*, ECF No. 2. After those items were docketed, correspondence from this Court to Plaintiff at the Clarke County Jail – the only address on file for Plaintiff – was returned to this Court as undeliverable. Mail Returned, ECF No. 4.

Plaintiff's failure to notify the Clerk of Court of a change in address constitutes a failure to prosecute his claims, and insofar as this Court has no information regarding Plaintiff's current whereabouts, the present action cannot proceed. Out of an abundance of caution, Plaintiff was ordered to show cause why this case should not be dismissed for failure to keep this Court apprised of Plaintiff's current address. Order to Show Cause, ECF No. 5. Plaintiff was given fourteen days to respond to the order and cautioned that his failure to do so would likely result in the dismissal of this case. *Id.*

That order was also returned as undeliverable, Mail Returned, ECF No. 6, and

Plaintiff has not responded to the order or otherwise made contact with this Court. Thus, because Plaintiff has failed to respond to the Court's orders or otherwise prosecute this case, his complaint is now **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) (per curiam) ("The court may dismiss an action sua sponte under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED**, this 30th day of May, 2023.

S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA